**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 695 MAL 2016
DEPARTMENT OF LABOR AND :
INDUSTRY, :
: Petition for Allowance of Appeal from
Respondent : the Order of the Commonwealth Court
:
:
v. :
:
:
KATHRYN SIMPSON, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of February, 2017, the Petition for Allowance of Appeal

is **DENIED**.